RECEIVED
JUN 2 4 2011
AT 8:30_____M
WILLIAM T. WALSH
CLERK

UNITED STATES DISTRICT COURT
for the
DISTRICT OF NEW JERSEY

Civil No. *09-3008*

SCHMIDT

Order of Reallocation

V.

MARS, INC.

It is on this 24th day of June, 2011

O R D E R E D that the entitled action is reallocated from Newark to Trenton.

S/Garrett E. Brown, Jr.
GARRETT E. BROWN, JR. CHIEF JUDGE
UNITED STATES DISTRICT COURT